UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                      CASE NO: 6:23-mj-2004-RMN

**CHING YU**

AUSA: Michael Sartoian

Defense Attorney: William Santana, Criminal Justice Act

| Judge: | **ROBERT M. NORWAY** United States Magistrate Judge | Date and Time: | **September 8, 2023** 6:01 P.M.-6:24 P.M. |
|---|---|---|---|
| Courtroom: | 3C | Total Time: | 23 minutes |
| Deputy Clerk: | LaDarrius Jernigan | Reporter: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | Hailin Huang | Pretrial/Prob: | Sofia Kollaian |

### CLERK'S MINUTES
### Initial Appearance

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of her rights.
Government advises of the charge and potential penalties.
Defense oral motion for interpreter. Motion granted. Order to be entered.
Defense oral motion for appointment of counsel. Motion granted. Court temporarily appoints CJA. Order to be entered.
Defendant waives the right to a preliminary hearing.
Government oral motion for detention. Motion granted.
Defendant reserves the right to a detention hearing without prejudice. Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.