# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                           CASE NO: 6:23-mj-2004-RMN

CHING YU

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

_9/8/23_
Date

_游青哥_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_P.O. BOX 783694 WINTER GARDEN FL 34778_
Address of defendant's attorney

_AttorneySantana@yahoo.Com_
E-mail address of defendant's attorney

_407-616-5990_
Telephone number of defendant's attorney

_407-291-7761_
FAX number of defendant's attorney